UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LYNN BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JELANI KILLINGS, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04019-EMC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　On May 8, 2025, Plaintiff Ronnie Lynn Briggs filed an unsigned *pro se* prisoner complaint under 42 U.S.C. § 1983.  On the same day the action was filed the Court sent a notification to Plaintiff informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* (IFP) application.  ECF No. 2.  The Clerk of the Court sent Plaintiff a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.  *Id*.  More than twenty-eight days have passed and Plaintiff has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.  The matter is therefore **DISMISSED WITHOUT PREJUDICE**.  Any motion to reopen this matter must be accompanied by the filing fee or an IFP application.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: August 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge